# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2009

137164

KYLE SMITH, as Next Friend of MORGAN
SMITH,
        Plaintiff-Appellee,

v

ANSARA RESTAURANT GROUP, INC.,
        Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137164
COA: 283826
Kent CC: 07-004466-NO

_____/

      On order of the Court, the application for leave to appeal the July 24, 2008 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 42 days of the date of this order limited to addressing whether and how defendant breached its duty of reasonable care, whether that breach was a proximate cause of the injuries to Morgan Smith, and the significance of the presence of Morgan's parents and their actions in assessing plaintiff's negligence claim.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2009

Clerk